

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§

§

§

§

§

§

EX PARTE: JUAN CARLOS REYES

No. 08-12-00261-CR

Appeal from the

County Court at Law No. 7

of El Paso, Texas

(TC# 20050C17647-CC7-1)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below, and render judgment reinstating Appellant's guilty plea, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JUNE, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.